JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
JAN 17 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           COURT NO: 91 A 11776
          Plaintiff,

     v.                              DEFAULT JUDGMENT

LINDA M. JOHNS
A/K/A LYNDA JOHNS

          Defendant(s).



ENTERED
CLERK, U.S. DISTRICT COURT
JAN 17 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LINDA M. JOHNS the sum of $914.73 as principal, $21.96 as accrued prejudgment interest, $90.00 administrative charges, and $20.00 costs, $274.00 attorney fees for a total amount of $1320.69 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 17 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By 
Deputy Clerk