JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    COURT NO: 91 A 11776
              Plaintiff,

     v.                       DEFAULT JUDGMENT

LINDA M. JOHNS
A/K/A LYNDA JOHNS

         Defendant(s).



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from LINDA M. JOHNS the sum of $914.73 as principal, $21.96 as accrued prejudgment interest, $90.00 administrative charges, and $20.00 costs, $274.00 attorney fees for a total amount of $1320.69 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 17 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By
   Deputy Clerk